THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN MEYERS, *et al.*, | CASE NO. C26-1736-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to file an amended complaint (Dkt. No. 9). Finding good cause, the motion is GRANTED. Plaintiff is DIRECTED to lodge a final version of the proposed amended included with the motion (Dkt. No. 9-1).

DATED this 13th day of July 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
C24-1843-JCC
PAGE - 1