The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENN MEYERS and JANET MEYERS,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:26-cv-01736-JCC<br><br>**(~~PROPOSED~~) ORDER DENYING PLAINTIFFS' MOTION FOR JURY TRIAL** |

This matter came before the Court on Plaintiffs' Motion for Jury Trial ("Motion"). (*See* Dkt. No. 8.) The Court has reviewed and fully considered the following:

1. Plaintiffs' Motion for Jury Trial and the supporting Declaration of Plaintiffs;
2. Defendants' Response in Opposition to the Motion; and,
3. Plaintiffs' Reply in Support of Motion, if any

Being fully apprised of the foregoing as well as the Court file herein, the Court HEREBY ORDERS THAT Plaintiffs' Motion is DENIED.



**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

IT IS SO ORDERED.

DATED: July 31, 2026

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD LLP

*s/ Al Roundtree*
Bryan J. Case, WSBA #41781
Al Roundtree, WSBA #54851
Grace Wan, WSBA #61427
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: 206.624.3600
Facsimile: 206.389.1708
Email: bcase@foxrothschild.com
aroundtree@foxrothschild.com
gwan@foxrothschild.com

*Attorneys for Defendants Allstate Insurance Company and Allstate Vehicle and Property Insurance Company*